# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2007

132153

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WILLIAM E. BENNETT,
      Plaintiff-Appellant,

and

LUISE K. BENNETT,
      Plaintiff,

v

                    SC: 132153
                    COA: 268980
                    Tuscola CC: 05-023099-AV
                    71-B DC: 04-000219-GC

COOK CHEVROLET-PONTIAC-
OLDSMOBILE-BUICK, INC.,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the August 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. Costs of $250 are assessed against the plaintiff-appellant in favor of the defendant-appellee under MCR 7.316(D)(1) for filing a vexatious appeal.

KELLY, J., would not assess costs because insufficient evidence exists that the appeal was vexatious.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2007                        _____

s0109                                         Clerk